■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASFIA TAYLOR, Appellant. [734 NYS2d 921] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of criminal possession of a controlled substance in the first degree (Penal Law § 220.21 [1]) and criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). "Great deference is to be accorded to the fact-finder's resolution of credibility issues based upon its superior vantage point and its opportunity to view witnesses, observe demeanor and hear the testimony" (*People v Valencia,* 263 AD2d 874, 876, *lv denied* 94 NY2d 799). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Onondaga County Court, Aloi, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.